No. 90–1342.  IMMIGRATION AND NATURALIZATION SERVICE *v.* ELIAS-ZACARIAS.  C. A. 9th Cir.  Certiorari granted. ▮

No. 90–1424.  LUJAN, SECRETARY OF THE INTERIOR *v.* DEFENDERS OF WILDLIFE ET AL.  C. A. 8th Cir.  Certiorari granted. ▮

No. 90–1390.  GENERAL MOTORS CORP. ET AL. *v.* ROMEIN ET AL.  Sup. Ct. Mich.  Motion of Michigan Self-Insurers' Association for leave to file a brief as *amicus curiae* granted.  Certiorari granted. ▮

No. 90–1488.  SUTER ET AL. *v.* ARTIST M. ET AL.  C. A. 7th Cir.  Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by respondents granted.  Certiorari granted. ▮

No. 90–1491.  UNION BANK *v.* WOLAS, CHAPTER 7 TRUSTEE FOR THE ESTATE OF ZZZZ BEST CO., INC.  C. A. 9th Cir.  Motion of California Bankers Association for leave to file a brief as *amicus curiae* granted.  Certiorari granted. ▮

No. 90–6616.  STRINGER *v.* BLACK, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 5th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* granted.  Certiorari granted limited to Question 3 presented by the petition. ▮

No. 90–749.  SOUTH DAKOTA ET AL. *v.* ROSEBUD SIOUX TRIBE ET AL.  C. A. 8th Cir.  Certiorari denied. ▮

No. 90–1139.  BENNETT *v.* TENNESSEE.  Ct. Crim. App. Tenn.  Certiorari denied. ▮

No. 90–1145.  SCARFO *v.* UNITED STATES;
No. 90–6448.  VIRGILIO *v.* UNITED STATES;
No. 90–6472.  SCAFIDI *v.* UNITED STATES;
No. 90–6503.  PUNGITORE *v.* UNITED STATES;
No. 90–6504.  STAINO *v.* UNITED STATES;
No. 90–6524.  PUNGITORE ET AL. *v.* UNITED STATES;
No. 90–6833.  GRANDE *v.* UNITED STATES;